UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGEWATER CAPITAL TRUST and
BANK OF AMERICA TRUSTEE,

    Plaintiffs,

v.

    Civil Case No. 18-11378
    Honorable Linda V. Parker

BANK OF AMERICA,

    Defendant.
_____/

**OPINION AND ORDER DENYING AS MOOT PLAINTIFF'S "MOTION REQUESTING RELEASE OF PLAINTIFF'S PROPERTY AND COURT'S ENTRY OF JUDGMENT" AND DIRECTING PLAINTIFFS' TO RETRIEVE DOCUMENTS**

Plaintiffs filed this lawsuit pursuant to 42 U.S.C. § 1983 on May 2, 2018, alleging that Defendant Bank of America violated their constitutional rights. Shortly thereafter, Maurice Boraders delivered six boxes of documents to the Clerk's Office, which he sought to file in this case. On May 24, 2018, this Court entered an opinion and order summarily dismissing Plaintiffs' Complaint as frivolous. (ECF No. 8.) The Court noted that Plaintiffs should retrieve the boxes of documents left at the Clerk's Office within fourteen days of their receipt of the opinion and order. (*Id.* at 4 n.1.) Plaintiffs have not picked up the documents. On May 29, 2018, they did file a motion asking the Court to enter judgment pursuant

to an offer of judgment and Defendant's purported acceptance, filed May 11, 2018. (ECF Nos. 5, 9.)

The Court has summarily dismissed this lawsuit, however. As such, the Court **DENIES AS MOOT** Plaintiffs' motion for entry of judgment. This case is **CLOSED** and no further filings should be made by Plaintiffs without first seeking leave of Court. Plaintiffs shall retrieve the documents previously delivered to the Clerk's Office on or before June 22, 2018. Failure to retrieve the documents by that date will result in their disposal.

**IT IS SO ORDERED**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: June 11, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 11, 2018, by electronic and/or U.S. First Class mail.

                                                s/ R. Loury
                                                Case Manager